UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2231
_____

CHRIS ANN JAYE,
                              Appellant

v.

JOHN HOFFMAN, NJ Attorney General, in his Official Capacity and individual
capacity; IONE CURVA, NJ Deputy Attorney General, in her Official Capacity and
individual capacity; THE HON. PETER BUCHSBAUM, (retired) is sued individually
and in his Official Capacity as Judge of the Law Division of Hunterdon County; THE
HON. JUDGE YOLANDA CICCONE, is sued individually and in her Official Capacity;
THE HON. JUDGE MARY C. JACOBSON, is sued in her individual capacity and in her
Official Capacity as NJ Superior Court Judge; THE HON. PATRICK MCMANIMON, is
sued in his individual capacity and in his Official Capacity as a judge on recall from
retirement paid by the State of New Jersey; CHRISTOPHER KOOS, Esq.  is sued in his
individual capacity and in his Official Capacity as employee for the State of New Jersey;
JUDITH IRIZZARI, is sued in her individual capacity and in her Official Capacity as
Civil Division Manager for the Superior Court of Mercer County; CAROLINE
RECORD, is sued in her individual capacity and in her Official Capacity as NJ Supreme
Court's Secretary for the Office of Attorney Ethics; JUDGE ACCURSO, is sued
individually and in her Official Capacity as NJ Appellate Judge; JUDGE MANAHAN, is
sued individually and in his Official Capacity as NJ Appellate Judge; JUDGE HAAS, is
sued individually and in his Official Capacity as NJ Appellate Judge; JUDGE
YANNOTTI, is sued individually and in his Official Capacity as NJ Appellate Judge;
JUDGE HURD, is sued individually and in his Official Capacity as NJ Superior Court
Judge; JUDGE MARBREY, is sued individually and in his Official Capacity as NJ
Superior Court Judge; JUDGE INNES, is sued individually and in his Official Capacity
as NJ Superior Court Judge; JUDGE GOODLEITZ, is sued individually and in his
Official Capacity as NJ Superior Court Judge; ASHLEY CAGNON, is sued in her
Official Capacity and individual capacity; BRIAN WILSON, is sued in his Official
Capacity and individual capacity; BRIAN FLANAGAN, is sued in his Official Capacity
and individual Capacity; CHIEF JUSTICE STUART RABNER, is sued individually and
in his Official Capacity as NJ Supreme Court Judge, supervisor of the NJ Office of
Attorney Ethics, Trust Fund of New Jersey and Judgment Process Services of the State of
New Jersey; JUDGE PETER SHERIDAN, is sued in his individual capacity as well as in

his official capacity as a federal judge in the United States District Court of New Jersey; CLERK MELFI, is sued in her individual capacity as well as in her official capacity as Clerk for the Office of the Clerk of Hunterdon County; JOHN DOES 1-20, (Fictitious Names) are sued individually and in their official capacities as State actors; JOHN DOES (21-30), (Fictitious Names) are sued individually and in their official capacity as employees of the United States District Court of New Jersey

(D.C. Civil Action No. 1-16-cv-07771)
_____

ORDER FILING AMENDED OPINION
_____


RESTREPO, *Circuit Judge*

It has come to the Court's attention that the footnotes in the opinion filed in the above-cited case contained a clerical error. Accordingly, the Court hereby files an amended opinion.


By the Court,


s/ L. Felipe Restrepo
Circuit Judge

Dated: April 4, 2018
CJG/cc:      Chris Ann Jaye
             Ian C. Doris, Esq.